■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUMBERT M. CAPPELLI, Appellant.—Judgment of the Supreme Court, Westchester County, rendered March 2, 1973, affirmed. No opinion. This case is remitted to the Supreme Court, Westchester County, for further proceedings pursuant to CPL 460.50 (subd 5). Latham, Acting P. J., Margett, Damiani, Rabin and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARCLAY FARENGA, VINCENT NASTASE and PETER SAVINO, Appellants.—Appeals by defendants from three judgments (one as to each of them) of the Supreme Court, Kings County, each rendered June 9, 1975 (the date on the clerk's extracts of the minutes is September 30, 1975), convicting each of them of unlawful transportation and possession of untaxed cigarettes, as a Class E felony, upon their pleas of guilty, and imposing sentence. The appeals also bring up for review an order of the same court, entered March 25, 1975, which denied defendants' motion to suppress certain physical evidence. Judgments and order affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Rabin, Shapiro and Titone, JJ., concur; Martuscello, Acting P. J., and Cohalan, J., dissent and vote to reverse the judgments and order, grant the motion, and dismiss the indictment, with the following memorandum: In our opinion, the facts at bar are so analogous to those in *People v Vassallo* (46 AD2d 781), *People v Comacho* (50 AD2d 904), and *People v Dwyer* (48 AD2d 664) that, on the authority of those decisions, the motion to suppress should have been granted, and the indictment dismissed. [81 Misc 2d 287.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM R. HOOD, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered July 5, 1973, convicting him of possession of weapons and dangerous instruments and appliances, as a felony (two counts), and criminal possession of a dangerous drug in the sixth degree, upon a jury verdict, and imposing sentence. This appeal also brings up for review so much of an order of the same court, dated May 21, 1973, as denied defendant's motion to suppress evidence. Judgment reversed, on the law, and new trial ordered. Order affirmed insofar as reviewed. We reverse the judgment for the reasons expressed in our decision in *People v Miles* (48 AD2d 706). The appellants therein were codefendants of the appellant herein. Hopkins, Acting P. J., Martuscello, Latham, Christ and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER A. TAYLOR, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County, imposed January 9, 1976. Sentence affirmed. No opinion. The case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Margett, Acting P. J., Damiani, Christ, Rabin and Titone, JJ., concur.